UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICKIE HOWELL,

    Plaintiff,

vs.                                    CASE NO. 3:05-cv-1051-J-HTS

JO ANNE BARNHART,
U.S. Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act (Doc. #23; Application), filed December 7, 2006. It is represented Defendant has no objection to the amount sought in the Application. Application ¶ 10.

The Application requests the Court to award $2,865.15 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* ¶ 9. Counsel expended 20.05 hours in representing Plaintiff before the Court in 2005 and 2006. *See id.* § 8; Itemization of Time, attached to the Application. An hourly rate of $142.90 is sought. Application ¶ 6.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the

parties' agreement, Plaintiff may reasonably be awarded $2,865.15 in attorney fees.

Accordingly, the Application (Doc. #23) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,865.15.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any